OLIVER J. WELLS, Appellant, *v.* THE BROOKLYN UNION ELEVATED RAILROAD COMPANY et al., Respondents.

*Wells* v. *Brooklyn Union Elevated R. R. Co.*, 121 App. Div. 491, affirmed.
(Argued October 21, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 9, 1907, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enjoin the operation of defendants' railroad and for damages.

*Cyrus V. Washburn* and *Andrew F. Van Thun, Jr.,* for appellant.

*Charles L. Woody* and *George D. Yeomans* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE O. J. GUDE COMPANY, Appellant, *v.* ELY J. REISER, Respondent.

*Gude Company* v. *Reiser*, 117 App. Div. 910, affirmed.
(Argued October 21, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the defendant from interfering with certain alleged advertising privileges of the plaintiff on certain premises.

*A. S. Gilbert, Julius M. Mayer* and *Francis Gilbert* for appellant.

*Paul Armitage* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.